# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NATHAN IVERSON,<br>Plaintiff | : <br> : <br> : | NO. 3:21-cv-13335 |
| v. | : <br> : | |
| KANIA REAL ESTATE HOLDINGS, LLC, *individually and d/b/a* COMFORT INN AT TOMS RIVER;<br>STEPHANIE CONWAY, *individually and in her official capacity*; and<br>PATRICIA BRECKA, *individually and in her official capacity*,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | JURY TRIAL DEMANDED<br><br>**DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

Defendants', Kania Real Estate Holdings, LLC, individually and d/b/a Comfort Inn at Toms River, Stephanie Conway, individually and in her official capacity, and Patricia Brecka, individually and in her official capacity (collectively, "Defendants"), by and through their counsel, Saxton & Stump, LLC, respectfully move this Honorable Court to dismiss Counts IV and VIII of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The complete grounds, argument, legal authority and exhibits supporting this Motion are set forth in Defendants' accompanying Brief, which is incorporated herein by reference as though set forth at length.

**WHEREFORE**, Defendants, Kania Real Estate Holdings, LLC, individually and d/b/a Comfort Inn at Toms River, Stephanie Conway, individually and in her

official capacity, and Patricia Brecka, individually and in her official capacity, respectfully request their Motion to Dismiss be granted and an Order entered in the form attached hereto.

                                                     Respectfully submitted,

                                                     SAXTON & STUMP

Dated: <u>September 20, 2021</u>      By: <u>*/s/ Lane E. Brody*</u>
                                                    Lane E. Brody, Esquire
                                                    NJ ID # 010032006
                                                    4250 Crums Mill Road, Suite 201
                                                    Harrisburg, PA 17112
                                                    Phone: (717) 941-1215
                                                    lb@saxtonstump.com

                                                    Richard L. Hackman, Esq.
                                                    280 Granite Run Drive, Suite 300
                                                    Lancaster, PA 17601
                                                    Phone: 717-556-1000
                                                    rlh@saxtonstump.com

                                                   *Pro Hac Vice Pending*

                                                   *Attorney for Defendants Kania Real Estate Holdings, LLC, individually and d/b/a Comfort Inn at Toms River, Stephanie Conway, and Patricia Brecka*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing *Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)* was filed electronically on the CM/ECF website for the United States District Court for the District of New Jersey and is available for viewing by all electronic filers through the court's CM/ECF system.

Susan Kessler, Esquire
Derek Smith Law Group, PLLC
1835 Market Street, Suite 2950
Philadelphia, PA 19103
susan@dereksmithlaw.com
*Counsel for Plaintiff*

Dated: September 20, 2021           By: */s/ Lane E. Brody*
                                                                       Lane E. Brody, Esquire