**DEREK SMITH LAW GROUP, PLLC**
SUSAN KEESLER, ESQ.
Attorney ID No. 010382012
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
susan@dereksmithlaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHAN IVERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KANIA REAL ESTATE HOLDINGS, LLC,<br>*individually and d/b/a* COMFORT INN AT TOMS RIVER, et al.,<br><br>　　　　Defendants. | Civil Action No. 3:21-cv-13335-MWB |

### WITHDRAWAL OF APPEARANCE/SUBSTITUTION OF COUNSEL

TO THE CLERK:

Kindly withdraw my appearance as counsel for Plaintiff, Nathan Iverson. Please substitute my appearance with Samuel Wilson, Esquire, who previously entered his appearance as counsel of record for Plaintiff.

　　　　　　　　　　　　　　　　　　**DEREK SMITH LAW GROUP, PLLC**
　　　　　　　　　　　　　　　　　　*/s/ Susan Keesler*_____
　　　　　　　　　　　　　　　　　　Susan Keesler, Esq.
　　　　　　　　　　　　　　　　　　susan@dereksmithlaw.com
Dated: May 3, 2022　　　　　　　　　*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I, Susan Keesler, Esquire, hereby certify that on this date, I caused a true and correct copy of Appearance/Substitution of Counsel to be filed and served on all counsel of record via the Court's ECF system.

                                  **DEREK SMITH LAW GROUP, PLLC**

                                  <u>*/s/ Susan Keesler, Esquire*</u>
                                  SUSAN KEESLER, ESQUIRE
Dated: <u>May 3, 2022</u>                 *Attorneys for Plaintiff*