**DEREK SMITH LAW GROUP, PLLC**
SCOTT DIAMOND, ESQUIRE
1835 Market Street, Suite 2950
Philadelphia, PA 19103
(215) 391-4790
scott@dereksmithlaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT O FNEW JERSEY

| | |
|---|---|
| NATHAN IVERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KANIA REAL ESTATE HOLDING, LLC., et al.<br><br>　　　　Defendant. | Civil Action No. 3:21-CV-13335-mwb |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

　　Kindly enter my appearance on behalf of Plaintiff Nathan Iverson in the above-captioned matter.

　　　　　　　　　　　　　　　**DEREK SMITH LAW GROUP, PLLC**

　　　　　　　　　　　　　　　*/s/ Scott Diamond, Esquire*
　　　　　　　　　　　　　　　SCOTT DIAMOND, ESQUIRE
　　　　　　　　　　　　　　　1835 Market Street, Suite 2950
　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　215-391-4790
　　　　　　　　　　　　　　　scott@dereksmithlaw.com
Dated: September 12, 2022　　　*Attorneys for Plaintiff*